IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HILL, | CIV S-07-1449 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| JAMES TILTON et al., | |
| Respondents. | |

    Good case appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before October 4, 2007.

Dated: 9/4/07

/s/ Gregory G. Hollows

_____

The Honorable Gregory G. Hollows

hill1449.eot

[Proposed] Order

1