IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HILL,

    Petitioner,               No. CIV S-07-1449 GEB GGH P

    vs.

JAMES TILTON, et al.,

    Respondents.           ORDER

_____/

    Petitioner has requested an extension of time to file a reply to the answer pursuant to the court's order of August 8, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 21, 2007 request for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file a reply; no further extensions of time will be granted but for a showing of substantial cause.

DATED: 01/08/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
hill1449.111